# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TODD M. HONEYCUTT,  ) | 3:11-cv-00393-RCJ (WGC) |
| Plaintiff,  ) | **MINUTE ORDER** |
| vs.  ) | March 2, 2012 |
| SANDY SNIDER, et. al.  ) | |
| Defendants.  ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER       REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

     Before the court is Plaintiff's Motion to Strike, and Clarify. (Doc. # 41.) Plaintiff seeks to strike Defendants' Reply filed in support of their Motion for Summary Judgment, and to allow Plaintiff to clarify Exhibit E of his opposition to Defendants' Motion for Summary Judgment. (*Id*.)

     Plaintiff wants to clarify that inmates bring pain relievers into the shop where he works and Plaintiff takes them when needed, but they are not supplied by staff. (Doc. # 41 at 2.) The court notes Plaintiff's points of clarification, but Plaintiff should have filed a motion to supplement his opposition or to file a sur-reply. Because the court takes note of Plaintiff's point of clarification, no further action is necessary.

///
///
///
///
///
///
///

Plaintiff seeks to strike portions of Defendants' Reply brief.  The basis for striking these provisions appears to be that Plaintiff disagrees with some statements therein.  The portions that Plaintiff seeks to strike are Defendants arguments, which they are entitled to present in their briefing.  Accordingly, Plaintiff's motion is **DENIED**.

**IT IS SO ORDERED.**

                 LANCE S. WILSON, CLERK

                 By: /s/_____

                 Deputy Clerk