# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TODD M. HONEYCUTT, ) | 3:11-cv-00393-RCJ (WGC) |
| Plaintiff, ) | **MINUTE ORDER** |
| vs. ) | March 2, 2012 |
| SANDY SNIDER, et. al. ) | |
| Defendants. ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER      REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion for the Court to Direct Service of Plaintiff's Subpoenas. (Doc. # 36.) Defendants opposed (Doc. # 37).

In his motion, Plaintiff asks the court to direct service of subpoenas asking various questions of non-parties Dr. Gedney and Veronica Van Horn. (Doc. # 36.) Defendants are correct that under Federal Rule of Civil Procedure 45, a subpoena may be issued to direct a person to "attend and testify; produce designated documents...; or permit the inspection of premises..." Fed. R. Civ. Pro. 45. Rule 45 does not make provision for propounding interrogatories on a non-party. Accordingly, Plaintiff's motion (Doc. # 36) should be **DENIED**. **IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/

Deputy Clerk