**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TODD M. HONEYCUTT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SANDY SNIDER, *et al.,*<br><br>　　　　　Defendants. | 3:11-CV-00393-RCJ(WGC)<br><br>**ORDER** |

　　　Before the Court is the Report and Recommendation (#43) entered on March 3, 2012, recommending that Defendants' Motion for Summary Judgment (#19) be granted, and Plaintiff's Motion for Preliminary Injunction (#15) be denied as moot. Plaintiff filed Objections to Magistrate Judge's Report and Recommendation (#47) and Defendants filed an Opposition to Plaintiff's Objections to Magistrate Judge's Report and Recommendation (#48).

　　　The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.  The district court may accept, reject, or modify in whole or in part, the findings and recommendations made by the magistrate judge. Fed. R. Civ. P. 72(b).

　　　The Court determines that the Magistrate Judge's Report and Recommendation (#43) entered on March 3, 2012 is adopted and accepted.

　　　IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment (#19) is GRANTED and Plaintiff's Motion for Preliminary Injunction (#15) is DENIED as MOOT. The Clerk of the Court shall enter judgment accordingly.

　　　DATED: this 18th day of May, 2012.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ROBERT C. JONES
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT CHIEF JUDGE